# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: July 14, 2014 |
| Court Reporter: Janet Coppock | Time: 31 minutes |
| Probation Officer: Katrina Devine | Interpreter: n/a |

**CASE NO. 14-CR-00012-PAB-2**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Guy Till |
| Plaintiff, | |
| vs. | |
| **2. OSCAR S. GARCIA,** | Adam Tucker |
| Defendant. | |

## SENTENCING

**11:05 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
14-CR-00012-PAB-2
July 14, 2014

Mr. Tucker requests moves to withdrawn defendant's objections to the presentence investigation report.

**ORDERED:**  Defendant's objections to the presentence investigation report [Docket No. 68] are **WITHDRAWN.**

Comments by Mr. Till in support of the Government's Motion for Downward Departure.

**ORDERED:**  Government's Motion for Downward Departure Pursuant to 5K1.1 and USSG Section 5C1.2 [Docket No. 67], is **GRANTED in PART.**

**ORDERED:**  Government's Oral Motion for a Variant Sentence, is **GRANTED.**

Argument by Mr. Tucker in support of the defendant's Motion for Variance and comments addressing sentencing.

Argument by Mr. Till and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Motion for Variance to Total Offense Level and Sentencing Range Pursuant to 18 U.S.C. § 3553(a)(1) [Docket No. 75], is **DENIED**.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **April 3, 2014** to count **Three of the Indictment.**

**ORDERED:**  Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **24** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in Colorado that is commensurate with the defendant's security designation**. and recommends that he be allowed to participate in a Residential Drug Abuse Program [**RDAP**].

Page Three
14-CR-00012-PAB-2
July 14, 2014

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion to Dismiss Counts One, Two, Four, Five, Nine, and Ten of the Indictment [Docket No. 65], is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days.

Page Four
14-CR-00012-PAB-2
July 14, 2014

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**11:36 a.m.    COURT IN RECESS**

**Total in court time: 31 minutes**

**Hearing concluded**